### BURNS v. DORAN, Prohibition Com'r et al.

Circuit Court of Appeals, Third Circuit.
January 14, 1930.

No. 4249.

J. Borton Weeks and Paul Lane Ives, both of Chester, Pa., for appellant.

Calvin S. Boyer, Acting U. S. Atty., and Richard H. Woolsey, both of Philadelphia, Pa., for appellees.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM. Affirmed on the findings and reasoning in the opinion of Kirkpatrick, District Judge, sur pleadings and proofs.